**DISMISSED and Opinion Filed October 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00604-CV**

**JAKAYA TRACLASIA RIDER, Appellant**
**V.**
**AMERICAN HOMES 4 RENT PROPERTIES EIGHT, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02165-E**

## MEMORANDUM OPINION

Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Myers

Before the Court is appellant's motion to dismiss the appeal in this eviction case. Because appellant is no longer in possession of the property, she no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

220604f.p05

/Lana Myers//
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAKAYA TRACLASIA RIDER,
Appellant

No. 05-22-00604-CV     V.

AMERICAN HOMES 4 RENT
PROPERTIES EIGHT, LLC,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-02165-E.
Opinion delivered by Justice Myers.
Justices Pedersen, III and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 7th day of October, 2022.